AO 91 (Rev. 11/11)  Criminal Complaint

# FELONY

United States Courts

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED

*September 28, 2022*

Nathan Ochsner, Clerk of Court

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| | ) | | |
| V. | ) | | |
| | ) | | |
| Eduardo Daniel OLIVA-Hernandez | ) | Case No. | 1:22-MJ-934 |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 09-27-2022 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841 | Knowingly and willfully Possess with Intent to Distribute approximately 11.12 kilograms of cocaine, a Schedule II Controlled Substance under the Controlled Substance Act of 1970, in violation of Title 21 USC 841 (a) (1) |

This criminal complaint is based on these facts:

See ATTACHMENT-A

[X]  Continued on the attached sheet.

Complainant's Signature

Ruben Gonzales, Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature
attested to telephonically, purusant to Fed.R.Crim.4.1. on:

September 28, 2022
*Date*

Judge's signature

Brownsville, Texas
*City and State*

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*

Page 1 of 1
United States
V.
Eduardo Daniel OLIVA-Hernandez

1:22-MJ-934

United States Courts
Southern District of Texas
FILED

*September 28, 2022*

Nathan Ochsner, Clerk of Court

ATTACHMENT-A
(AFFIDAVIT)

On September 27, 2022 at approximately 1:15 P.M., a Brownsville Police Department Special Investigation's Marked Unit conducted a probable cause traffic stop on a maroon Honda Accord at the 3200 block of Boca Chica, Brownsville, TX for a moving violation for failure to signal turn. The driver and sole occupant of the Honda Accord was Eduardo Daniel OLIVA-Hernandez. Investigators asked OLIVA-Hernandez if there was anything illegal in the vehicle in which OLIVA-Hernandez stated no. OLIVA-Hernandez granted consent to search the vehicle. During the search, investigators located a bag in the front passenger floorboard that contained 10 bundles that resembled packaged narcotics. OLIVA-Hernandez was placed under arrest. The 10 bundles weighed approximately 11.12 kilograms and tested positive for the characteristics of cocaine. OLIVA-Hernandez was read his Miranda Warnings and agreed to speak to agents without the presence of an attorney. OLIVA-Hernandez said he knew he was transporting cocaine.

_____
*Complainant's Signature*

Ruben Gonzales, Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically, purusant to Fed.R.Crim.4.1. on:

September 28, 2022
*Date*

Brownsville, Texas
*City and State*

_____
*Judge's signature*

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*